Anthony J. SKATELL, Sr., and Helen A. Skatell, Petitioners, v. GREEN-VILLE COUNTY BOARD OF ZONING APPEALS, Respondent.

(334 S. E. (2d) 280)

Supreme Court

Aug. 28, 1985.

## ORDER

The petition for writ of certiorari to the Court of Appeals is denied.